**DORCHESTER COUNTY SOLID WASTE DEPARTMENT, Plaintiff—Appellee,**

v.

**Robert John SCHIEBLE, Jr., Defendant—Appellant.**

No. 03–2002.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 18, 2003.

Decided Jan. 14, 2004.

Robert John Schieble, Jr., Appellant pro se. G. Waring Parker, Chellis & Frampton, Summerville, South Carolina, for Appellee.

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert John Schieble, Jr., seeks to appeal the district court's order remanding the civil action against him to state court. The district court's remand order is not reviewable. *See* 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*